[No. 18591.  *En Banc.*  June 22, 1925.]

ARNT JACKSON, *Appellant*, v. MITSUI & COMPANY, LIMITED, *Respondent*, GRIFFITHS & SPRAGUE STEVEDORING COMPANY, *Appellant*.[1]

Cross-appeals from a judgment of the superior court for King county, Ronald, J., entered December 10, 1923, dismissing one defendant in an action for personal injuries sustained by a stevedore, notwithstanding the verdict of a jury rendered in favor of the plaintiff, and granting a new trial to the plaintiff, after a verdict in favor of the other defendant. Reversed on plaintiff's appeal; affirmed on defendant's appeal.

*Arthur E. Griffin*, for appellant Jackson.

*Stephen V. Carey*, for appellant Griffiths & Sprague Stevedoring Company.

*Trefethen & Findley*, for respondent Mitsui & Company.

### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the Departmental opinion heretofore filed herein and reported in 132 Wash. 395, 232 Pac. 317.

The judgment of the trial court is reversed, and the case remanded with directions to pass upon the motion of the respondent for a new trial. The judgment of the trial court granting a new trial to appellant Jackson against the stevedoring company is affirmed.